ACCEPTED
06-15-00090-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 11:22:09 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00090-CV

**IN THE SIXTH COURT OF APPEALS
AT TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 11:22:09 AM
DEBBIE AUTREY
Clerk

**TEXAS DEPARTMENT OF TRANSPORTATION**
Appellant,

**V.**

**HALEY BROWN,**
Appellee.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, the Texas Department of Transportation, presents this Motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the court for an extension of time to file Appellant's Brief. As grounds for this Motion, Appellant would respectfully show the Court the following:

1. Appellant's Brief is due to be filed on November 16, 2015.

2. Appellant requests an extension of time to file its Brief until Wednesday, December 16, 2015, which is 30 days after the current due date of November 16, 2015.

3. This is Appellant's first request for extension of time to file its Brief.

4.      Appellant needs an extension of time to file its Brief because time constraints on State's counsel have made it impracticable to complete the State's Brief by November 16, 2015. Since October 26, 2017, State's counsel, in addition to routine duties, has had to make substantial time commitments to the following:

a.  Assisting in a four day trial in *State v. Speedway Grapevine I, LLC*, a Texas Limited Liability Company, No. 2014-000122-1 in the County Court at Law No. 1, of Tarrant County, Texas;

b.  Preparation for a trial in *State v. Beltline/Airport Freeway, Ltd., et al.,*  No. CC-13-02551D in County Court at Law No. 4 of Dallas County, Texas set on December 8, 2015; and

c.  Preparing discovery and experts designations in *State v. Talcorp II, L.P.*, No. PR-2014-00877 in the Probate Court of Denton County, Texas.

For these reasons, Appellant respectfully requests that the Court grant an extension for filing Appellant's Brief until Wednesday, December 16, 2015.

Respectfully submitted,

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

CHARLES E. ROY
FIRST  ASSISTANT  ATTORNEY
GENERAL

JAMES E. DAVIS
DIRECTOR OF CIVIL LITIGATION

RANDALL K. HILL
ASSISTANT ATTORNEY GENERAL
CHIEF, TRANSPORTATION DIVISION

/s/ Garland Williams
GARLAND WILLIAMS
State Bar No. 24079580
Assistant Attorneys General
P. O. Box 12548
Austin, Texas  78711-2548
512/ 463-2004; FAX 512/ 472-3855
garland.williams@texasattorneygeneral.gov
ATTORNEYS FOR APPELLANT
T E X A S    D E P A R T M E N T    O F
TRANSPORTATION

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 10, 2015, I conferred with Dale Henley and he indicated that Appellee is not opposed to the motion.

/s/ Garland Williams
GARLAND WILLIAMS
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of November, a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Appellant's Brief* has been sent as follows:

**Via Electronic Service and email**.
Dale H. Henley
Mayo Mendolia & Vice, L.L.P.,
5368 State Highway 276
Royse City, Texas 75189-5738

/s/ Garland Williams
GARLAND WILLIAMS
Assistant Attorney General